No. 92–7263. OTERO *v.* STATE ELECTION BOARD OF OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–7266. RECORD *v.* GOLDSMITH ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–7268. HARMON *v.* OCEANCOLOUR SHIPPING, LTD. C. A. 5th Cir. Certiorari denied.

No. 92–7281. YOHEY *v.* METROPOLITAN LIFE INSURANCE CO. C. A. 5th Cir. Certiorari denied.

No. 92–7312. ALVAREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7313. DANSBY *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–7314. SHERLEY *v.* SEABOLD, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–7321. JOHNSON *v.* DEPARTMENT OF DEFENSE. C. A. Fed. Cir. Certiorari denied.

No. 92–7340. SCHNEIDER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7355. MURIETTA-ACOSTA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7358. MCCLAIN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–7363. MCPHEARSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7366. MOSS *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 92–7367. NELSON *v.* FORMAN. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 92–7369. WHITE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.